CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Luis Aguilar-Vega**<br>YOB: 2003; Citizen of Mexico | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>24-06126MJ |

Complaint for violation of Title 8, United States Code Sections 1326(a) and 1325(a)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

Count 1: On or about April 23, 2024, at or near Nogales, in the District of Arizona, **Luis Aguilar-Vega**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Nogales, Arizona on September 9, 2022, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), a felony.

Count 2: On or about April 22, 2024, at or near Nogales, in District of Arizona, **Luis Aguilar-Vega**, an alien, did unlawfully enter the United States of America from Mexico, at a time or place other than as designated by immigration officials of the United States of America, in violation of Title 8, United States Code, Section 1325(a)(1), a petty misdemeanor.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Luis Aguilar-Vega** is a citizen of Mexico. On September 9, 2022, **Luis Aguilar-Vega** was lawfully denied admission, excluded, deported and removed from the United States through Nogales, Arizona. On April 23, 2024, agents found **Luis Aguilar-Vega** in the United States at or near Nogales, Arizona without the proper immigration documents. **Luis Aguilar-Vega** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States. Furthermore, **Luis Aguilar-Vega** admitted to illegally entering the United States of America from Mexico on or about April 22, 2024, at or near Nogales, Arizona at a time or place other than as designated by immigration officials.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| *DETENTION REQUESTED*<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Andrew J. Carpenter<br>Border Patrol Agent |
|---|---|
| Sworn by telephone _x_ | |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>Lynnette C. Kimmins | DATE<br>April 24, 2024 |

1) See Federal rules of Criminal Procedure Rules 3, 4.1, and 54

Reviewing AUSA: Hopkins